

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00150-CR

Billy **BENAVIDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 09-CRD-122
Honorable J. Manuel Banales, Judge Presiding

## O R D E R

On July 15, 2015, this Court received Appellant's brief. The brief violates Texas Rule of Appellate Procedure 38 in that it (1) does not include record references in the statement of facts and (2) does not contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record. *See* TEX. R. APP. P. 38.1(g), (i). While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

Further, the brief violates Texas Rule of Appellate Procedure 9.4(i)(3) in that it does not include a certificate of compliance stating the number of words in the document. *See* TEX. R. APP. P. 9.4(i)(3).

We, therefore, ORDER Appellant to file an amended brief within fifteen days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 9.4(k), 38.9(a).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court